**Law Offices of Gregory Messer**

26 Court Street, Suite 2400<br>
Brooklyn, New York 11242<br>
Tel. (718) 858-1474 • Fax (718) 797-5360<br>
E-mail: gmesser@messer-law.com

July 12, 2018

**Via Electronic Filing**
Honorable Nancy Hershey Lord
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

Re:   Stacy Z. Haskins – Chapter 7 Case No. 17-42126-nhl

Dear Judge Lord:

This letter will serve as the Debtor's loss mitigation status report for the loss mitigation conference.

After the last loss mitigation conference before this Court, as directed by the Court the parties held a conference call. As indicated by counsel to the lender, certain information was provided by the lender after the call for more detail on its decision for its denial and the terms on which it based a denial.

On the conference call, the lender advised that it would consider a different modification proposal from the Debtor. As counsel to the Debtor, I will be reviewing options on the proposal with the Debtor to submit to the lender for consideration, and, we are hopeful that we can arrive at an acceptable proposal to the lender for modification of the Debtor's loan.

Sincerely,

/s/ Mark R. Bernstein

Mark R. Bernstein, Esq.

cc:   Andrew Goldberg, Esq. (Via ECF)
      Alan Nisselson, Esq. (Via ECF)